NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LAQUANN MARVELLE RAPHAEL )
BRIDGES, )
                                 )
        Appellant, )
                                 )
v. )        Case No. 2D16-2768
                                 )
STATE OF FLORIDA, )
                                 )
        Appellee. )
_____)

Opinion filed February 21, 2018.

Appeal from the Circuit Court for
Hillsborough County; William Fuente, Judge.

Brooke Elvington of Brooke Elvington
Appellate Law, P.A., Safety Harbor, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Lisa Martin, Assistant
Attorney General, Tampa, for Appellee.

PER CURIAM.

        Affirmed.

VILLANTI, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.